IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BILL GAY                                                                                          PLAINTIFF

VERSUS                                                    CIVIL ACTION NO: 1:05cv237WJG-JMR

LOWE'S HOME CENTERS, INC.                                              DEFENDANT

## SUMMARY JUDGMENT

THIS CAUSE comes before the Court on the motion [15-1] of Defendant Lowe's Home Centers, Inc., for summary judgment [16-1] pursuant to Federal Rule of Civil Procedure 56(c).  Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is therefore,

ORDERED AND ADJUDGED that the Defendant's motion [15-1] for summary judgment be, and is hereby, granted.  It is further,

ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed.  It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs.

SO ORDERED AND ADJUDGED, this the 1st day of June, 2007.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE